**Curtis W. TATUM, Plaintiff-Appellee, v. POLICE JURY OF SABINE PARISH.**

**No. 6061.**

Court of Appeal of Louisiana. Second Circuit.

April 4, 1940.

Rehearing Denied June 10, 1940.

Edwin M. Fraser, R. A. Fraser, and J. S. Pickett, all of Many, for appellant.

J. Reuel Boone and Olin D. Moore, both of Many, for appellee.

TALIAFERRO, Judge.

The appeal in this case was consolidated here for argument with that of No. 6060, styled Charley B. McCollister v. Police Jury of Sabine Parish, Louisiana, 197 So. 303.

The pleadings, the facts and the issues in this case are identical with those in case No. 6060, referred to above; and, for the reasons assigned therein, the judgment herein, appealed from, is annulled, avoided and reversed. Plaintiff's demand is rejected and his suit dismissed at his cost.

On Rehearing.

PER CURIAM.

Judgment herein was rendered on April 4th and copy thereof on that date mailed to counsel of each side. Application for rehearing was filed on April 19th.

For the reasons assigned in companion case, 197 So. 303, the application for rehearing herein is denied.